UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIA MILLER and JORDAN JUDT, on behalf of themselves and a class of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 0:24-cv-01323-ECT-JFD |
| SELINA HILL-HORSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Target Corporation and Target Brands, Inc.,<br><br>Defendants. | Case No. 0:24-cv-02197-ECT-JFD |
| LUCINDA O'DEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 0:24-cv-04095-ECT-JFD |

1

## JOINT STATUS REPORT

The Parties to the above-entitled matters hereby submit the following Joint Status Report pursuant to the Court's February 7, 2025 Order [Dkt. 42].

1. As set forth in the Parties' February 6, 2025 Status Report [Dkt 41], the Magistrate Judge in a potentially-related case, *Navarro v. Target Corp.*, No. 1:24-cv-00280-JLT-SAB (E.D. Cal) ("*Navarro*") recently recommended that Target's motion to transfer the *Navarro* matter to the District of Minnesota be granted.

2. The *Navarro* plaintiff's counsel objected to the Magistrate Judge's recommendation, and briefing was completed on that issue. The parties are still awaiting the *Navarro* District Court's ruling.

3. Pursuant to the Court's February 7, 2025 Order [Dkt. 42], the Plaintiffs in these actions are to file a motion to consolidate within 14 days of that transfer motion being decided. In the absence of that motion, the parties have been directed to file a status report every 30 days.

4. Accordingly, the Parties now notify the Court that the transfer motion has not yet been decided. If the motion to consolidate is not filed within 30 days of today's date, the parties will file a further joint status report by April 9, 2025.

Dated: March 10, 2025            Respectfully submitted,

By: */s/ Laura Hammargren*
Laura Hammargren (#0389276)
**GREENBERG TRAURIG, LLP**
90 South 7th St., Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9689
Email: Laura.Hammargren@gtlaw.com

Rick L. Shackelford (*pro hac vice*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-3878
Email: shackelfordr@gtlaw.com

***Counsel for Defendants Target Corporation and Target Brands, Inc.***

Dated: March 10, 2025    By: */s/ Robert K. Shelquist*
Robert K. Shelquist, #21310X
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
Phone: (612)-339-6900
Fax: (612) 339-0981
E-mail: rkshelquist@locklaw.com

Mark S. Reich (admitted *pro hac vice*)
Courtney E. Maccarone (admitted *pro hac vice*)
Melissa Meyer (admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
cmaccarone@zlk.com
mmeyer@zlk.com

*Counsel for Plaintiffs Miller and Judt*

Alicia N. Sieben (#389640)
**SCHWEBEL GOETZ & SIEBEN, P.A.**
5120 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 377-7777
Email: asieben@schwebel.com

W. Lewis Garrison, Jr. (*pro hac vice forthcoming*)
Christopher Hood (*pro hac vice forthcoming*)
Mark Ekonen (*pro hac vice forthcoming*)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue N.
Birmingham, Alabama 35203
Telephone: (205) 326-3336

4

Email: Lewis@hgdlawfirm.com
Email: CHood@hgdlawfirm.com
Email: Mark@hgdlawfirm.com

Richard M. Paul III (*pro hac vice forthcoming*)
Ashlea G. Schwarz (*pro hac vice forthcoming*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: Rick@PaulLLP.com
Email: Ashlea@PaulLLP.com

*Counsel for Plaintiff Salina Hill-Horse*

Philip Fraietta
**BURSOR & FISHER, P.A**
1330 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

J. Hunter Bryson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E 50th Street New York, NY 10022
Telephone: (630) 796-0903
Email: hbryson@milberg.com

*Counsel for Plaintiff Lucinda O'Dea*

5